1  BRIAN D. HENRI (State Bar No. 200205)
   *bhenri@twtlaw.com*
2  MATTHEW W. MESKELL (State Bar No. 208263)
   *mmeskell@twtlaw.com*
3  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
4  **THOMAS WHITELAW & TYLER LLP**
   Three Embarcadero Center, Suite 1350
5  San Francisco, California 94111-4037
   Telephone:    (415) 820-0400
6  Facsimile:    (415) 820-0405

7  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
8  MICHAEL I. KATZ (State Bar No. 181728)
   *mkatz@twtlaw.com*
9  **THOMAS WHITELAW & TYLER LLP**
   18101 Von Karman Avenue, Suite 230
10 Irvine, California 92612
   Telephone:    (949) 679-6400
11 Facsimile:    (949) 679-6405

12 AUSTIN TIGHE *(pro hac vice application to be filed)*
   *austin@feazell-tighe.com*
13 **FEAZELL & TIGHE LLP**
   6618 Sitio Del Rio Boulevard
14 Building C-101
   Austin, Texas 78730
15 Telephone:    (512) 372-8100
   Facsimile:    (512) 372-8140
16
   Attorneys for Plaintiff
17

18                         UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20                           SAN FRANCISCO DIVISION

21 MICHAEL E. DAVIS, aka TONY DAVIS,          CASE NO. 10-cv-3328 RS
   VINCE FERRAGAMO, and BILLY JOE
22 DUPREE, on behalf of themselves and all    **STIPULATED REQUEST TO CHANGE**
   others similarly situated,                 **TIME OF CASE MANAGEMENT**
23                                            **CONFERENCE PURSUANT TO CIVIL**
                   Plaintiffs,                **L.R. 6-2 AND [PROPOSED] ORDER**
24
              vs.                             CMC date:  December 9, 2010
25                                            Time:      10:00 a.m.
   ELECTRONIC ARTS INC.,                      Crtrm.:    Courtroom 3, 17th Floor
26                                            Judge:     The Honorable Richard Seeborg
                   Defendant.
27

28

                                                                          10-cv-3328 RS
   STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER

1    WHEREAS, Plaintiff Michael Davis (aka Tony Davis) filed the Complaint in this action

2  against defendant Electronic Arts Inc. ("EA") on July 29, 2010; and

3    WHEREAS, Plaintiffs Michael E. Davis aka Tony Davis, Vince Ferragamo, and Billy Joe

4  Dupree, (collectively, "Plaintiffs") filed the First Amended Complaint on November 8, 2010; and

5    WHEREAS, EA was served with the Complaint and First Amended Complaint on

6  November 10, 2010; and

7    WHEREAS, Plaintiffs have agreed to grant an extension of time for EA to respond to the

8  First Amended Complaint to January 6, 2011; and

9    WHEREAS, a case management conference is currently set for December 9, 2010 at 10:00

10  a.m.; and

11    WHEREAS, the parties believe that it would be most convenient and efficient to continue

12  the case management conference and associated deadlines;

13    THEREFORE, the parties hereby stipulate as follows:

14                                      **Stipulation**

15    1. Plaintiffs and EA, by and through their undersigned counsel, hereby stipulate and

16  respectfully request a continuance of the Case Management Conference scheduled for December

17  9, 2010 at 10:00 a.m. until January 27, 2011 at 10:00 a.m. or as soon as practicable thereafter as

18  the availability of the Court's calendar permits.

19    2. The reason for the requested change of time for the Case Management Conference is

20  that a First Amended Complaint was recently filed by Plaintiffs on November 8, 2010, and served

21  on EA on November 10, 2010.  Plaintiffs have agreed to grant an extension of time for EA to

22  respond to the First Amended Complaint to January 6, 2011, to accommodate the calendar and

23  holiday schedule of counsel for EA.  Therefore, in the interest of mutual convenience to the parties

24  and the Court, the parties believe that it is prudent to continue the Case Management Conference

25  and associated deadlines.

26    3. No other time modifications by stipulation have been requested in this matter.  The

27  Court had previously ordered that the Case Management Conference be continued from November

28  18, 2010 to December 9, 2010.  No other time modifications have been ordered by the Court.

98839                                                                    10-cv-3328 RS
STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER

1    4. The effect of this requested time modification would be to move the deadlines for the

2  exchange of initial disclosures under Federal Rule of Civil Procedure 26(a)(1), the conference of

3  the parties under Federal Rule of Civil Procedure 26(f), and the submission of the Federal Rule of

4  Civil Procedure 26(f) Joint Statement. The time modification would also postpone the date on

5  which the parties may commence discovery under Federal Rule of Civil Procedure 26(d)(1).

6    5. Both parties agree to the stipulation as indicated by their signatures below. The parties

7  respectfully request that the Court approve the stipulation, pursuant to Civil L.R. 6-2 and enter an

8  Order thereupon. A form of Proposed Order is filed herewith.

9

10    Brian D. Henri, the filer of this stipulation, pursuant to General Order No. 45, Electronic

11  Case Filing, Section 10(b), hereby attests that R. James Slaughter concurs in the filing of this

12  stipulation.

13

14  Respectfully submitted,

15  DATED: November 18, 2010          THOMAS WHITELAW & TYLER, LLP

16

17                                    By: /S/ BRIAN D. HENRI
                                          BRIAN D. HENRI
18                                        Attorneys for Plaintiffs Michael Davis, Vince
                                          Ferragamo, and Billy Joe DuPree
19

20  DATED: November 18, 2010          KEKER & VAN NEST LLP

21

22                                    By: /S/ R. JAMES SLAUGHTER
                                          R. JAMES SLAUGHTER
23                                        Attorneys for Defendant Electronic Arts Inc.

24

25

26

27

28

98839                                                                10-cv-3328 RS
STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER

1                           ~~[PROPOSED]~~ ORDER

2          The Court having considered the above joint request, and good cause appearing therefore,

3   HEREBY ORDERS that the scheduled Case Management Conference date of December 9, 2010

4   is vacated, and shall be rescheduled for January 27, 2011.

5

6                                              DATED: November _22_, 2010

7

8

9                                              Judge Richard Seeborg
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

98839                                                                          10-cv-3328 RS
          STIPULATED REQUEST TO CHANGE TIME PURSUANT TO CIVIL L.R. 6-2 AND ORDER