1  KEKER & VAN NEST LLP
   R. JAMES SLAUGHTER - #192813
2  rslaughter@kvn.com
   R. ADAM LAURIDSEN - #243780
3  alauridsen@kvn.com
   710 Sansome Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 10-CV-3328-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED BY THE COURT<br><br>Judge:   Hon. Richard Seeborg<br><br>Date Comp. Filed:   July 29, 2010 |

1  WHEREAS, Plaintiff Michael Davis filed the Complaint in this action against Defendant Electronic Arts Inc. ("EA") on July 29, 2010; and

WHEREAS, Plaintiffs Michael E. Davis, Vince Ferragamo, and Billy Joe Dupree (collectively "Plaintiffs") filed the First Amended Complaint on November 8, 2010; and

WHEREAS, EA was served with the Complaint and First Amended Complaint on November 10, 2010; and

WHEREAS, Plaintiffs agreed to grant an extension of time for EA to respond to the First Amended Complaint to January 6, 2011; and

WHEREAS, EA will be filing a Motion to Dismiss or, in the alternative, a Special Motion to Strike Plaintiffs' Claims on January 6, 2011; and

WHEREAS, counsel have conferred and agreed to set EA's motion for a hearing on February 24, 2011; and

WHEREAS, the Initial Case Management Conference is currently set for January 27, 2011 at 10:00 a.m.

WHEREAS, the parties believe that it would be most convenient and efficient to continue the Case Management Conference and associated deadlines to coincide with the hearing on EA's Motion to Dismiss/Special Motion to Strike;

THEREFORE, the parties hereby stipulate as follows:

**STIPULATION**

1. Plaintiffs and EA, by and through their undersigned counsel, hereby stipulate and respectfully request a continuance of the Case Management Conference scheduled for January 27, 2011 at 10:00 a.m. until February 24, 2011 at 1:30 p.m., or as soon as practicable thereafter as the availability of the Court's calendar permits.

2. Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation. A form of Proposed Order is filed herewith.

////

////

1  R. James Slaughter, the filer of this stipulation, pursuant to General Order No. 45,
2 Electronic Case Filing, Section 10(b), hereby attests that Brian D. Henri concurs in the filing of
3 this stipulation.

Dated:  January 5, 2011                              KEKER & VAN NEST LLP

By:  /s/ R. James Slaughter
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN
Attorneys for Defendant
ELECTRONIC ARTS INC.

Dated:  January 5, 2011                              THOMAS WHITELAW & TYLER, LLP

By:  /s/ Brian D. Henri
BRIAN D. HENRI
Attorneys for Plaintiffs MICHAEL
DAVIS, VINCE FERRAGAMO, and
BILLY JOE DUPREE

1  **[~~PROPOSED~~] ORDER**

2  The Court having considered the above joint request, and good standing appearing

3  therefore, HEREBY ORDERS that the scheduled Case Management Conference date of

4  January 27, 2011 is vacated, and shall be rescheduled for ~~February 24, 2011 at 1:30 p.m.~~
April 7, 2011 at 10:00 a.m.

5  IT IS SO ORDERED.

7  Dated:  1/5 , 2011

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3
STIPULATION AND [~~PROPOSED~~] ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE
CASE NO. 10-CV-3328-RS

536938.01