1

2  BRIAN D. HENRI (State Bar No. 200205)
   *bhenri@twtlaw.com*
3  MATTHEW W. MESKELL (State Bar No. 208263)
   *mmeskell@twtlaw.com*
4  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
5  **THOMAS WHITELAW & TYLER LLP**
   Three Embarcadero Center, Suite 1350
6  San Francisco, California  94111-4037
   Telephone:     (415) 820-0400
7  Facsimile:     (415) 820-0405

8  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
9  MICHAEL I. KATZ (State Bar No. 181728)
   *mkatz@twtlaw.com*
10 **THOMAS WHITELAW & TYLER LLP**
   18101 Von Karman Avenue, Suite 230
11 Irvine, California  92612
   Telephone:     (949) 679-6400
12 Facsimile:     (949) 679-6405

13 AUSTIN TIGHE *(admitted pro hac vice)*
   austin@feazell-tighe.com
14 **FEAZELL & TIGHE LLP**
   6618 Sitio Del Rio Boulevard
15 Building C-101
   Austin, Texas  78730
16 Telephone:     (512) 372-8100
   Facsimile:     (512) 372-8140
17
   Attorneys for Plaintiff
18

19                   UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21                          OAKLAND DIVISION

22 | In re NCAA Student-Athlete Name and Likeness Licensing Litigations | CASE NO. 4:09-cv-1967 CW |
   |---|---|
   | | **ORDER DENYING ADMINSTRATIVE MOTION TO RELATE CASE** |

103679

NFL PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO RELATE CASE - No. 4:09-cv-1967 CW

1
2       The Court having considered the Administrative Motion to Relate <u>In Re NCAA Student-
3  Athlete Name and Likeness Licensing Litigations,</u> Case No. 4:09-cv-1967 CW with <u>Davis et al. v.
4  Arts, Inc.</u>, Case No. 10-cv-3328 RS has determined that the cases are not related and DENIES the
5  motion to relate.  No reassignment shall occur.
6
7                             DATED: January 14, 2011
8
9
10                            Judge Claudia Wilken
                           UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

103679
1
NFL PLAINTIFFS' OPPOSITION TO ADMINISTRATIVE MOTION TO RELATE CASE - No. 4:09-cv-1967 CW