**\*E-Filed 1/31/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | No. C 10-03328 RS<br><br>**ORDER DENYING MOTION TO DISMISS WITHOUT PREJUDICE** |

Having considered the parties' joint request to postpone defendant Electronic Arts' motion to dismiss and to extend certain deadlines, the Court orders the following:

1. Defendant Electronic Arts' motion to dismiss is denied without prejudice. It may re-notice its motion after the parties' Case Management Conference currently scheduled for April 7, 2011. If it does re-notice its motion, it will set the motion for hearing no earlier than July 14, 2011. Accordingly, the time for defendant to file a responsive pleading to plaintiffs' first amended complaint is extended until June 9, 2011.
2. The parties shall exchange initial disclosures, or objections thereto, pursuant to Federal Rule of Civil Procedure 26(a)(1), on or before March 24, 2011.

3. The parties shall file their joint case management statement on or before March 24, 2011.

IT IS SO ORDERED.

Dated: 1/31/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE