**\*E-Filed 5/2/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>ELECTRONIC ARTS INC.,<br><br>    Defendant.<br>_____/ | No. C 10-03328 RS<br><br>**ORDER** |

The above captioned case is referred to a Magistrate Judge for all matters relating to discovery.  Accordingly, the hearing on plaintiffs' motion to compel scheduled for June 2, 2011 is vacated.  Upon reassignment to a referral Magistrate Judge, plaintiffs must re-notice their motion.

IT IS SO ORDERED.

Dated: 4/29/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-03228 RS
ORDER