KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
R. JAMES SLAUGHTER - #192813
rslaughter@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all other similarly situated,<br><br>                            Plaintiffs,<br><br>     v.<br><br>ELECTRONIC ARTS INC.,<br><br>                            Defendant. | Case No. 10-CV-3328-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE**<br><br>Judge:      Hon. Richard Seeborg<br><br>Date Comp. Filed:      July 29, 2010<br><br>Trial Date:  None |

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE
CASE NO. 10-CV-3328-RS

555973.01

1    WHEREAS, on January 6, 2011, Defendant Electronic Arts Inc. ("EA") filed a Motion to Dismiss, Or, In the Alternative, Special Motion to Strike Pursuant to C.C.P. § 425.16 Plaintiffs' First Amended Complaint; and

4    WHEREAS, on January 26, 2011, the parties stipulated to and proposed to the court a continuance of the hearing on EA's motion in order to allow Plaintiffs time to propound discovery they believed necessary to oppose EA's anti-SLAPP motion; and

7    WHEREAS, on January 31, 2011, the Court denied without prejudice EA's motions, extended the period for EA to file a responsive pleading until June 9, 2011 and ordered EA not to set the hearing date for the responsive pleading before July 14, 2011; and

10   WHEREAS, the Plaintiffs' served written discovery on EA and the parties have met and conferred regarding Plaintiffs' proposed discovery but have been unable to resolve their differences regarding that discovery; and

13   WHEREAS, on April 28, 2011, Plaintiffs filed a motion to compel responses to discovery against EA; and

15   WHEREAS, on May 4, 2011, Magistrate Judge Ru set the hearing on Plaintiffs' motion to compel for June 16, 2011; and

17   WHEREAS, the parties have met and conferred and believe that the briefing schedule described below provides appropriate time for the motion to compel to be heard while allowing Plaintiffs sufficient time to oppose EA's motion to dismiss and anti-SLAPP motion to strike; and

20   WHEREAS, the agreed upon briefing schedule will not impact any other dates currently scheduled in this case;

22   THEREFORE, the parties hereby stipulate and propose as follows:

### STIPULATION

1. EA will file its motion to dismiss and anti-SLAPP motion to strike on June 9, 2011.

2. Plaintiffs' opposition to EA's motions shall be filed on or before July 21, 2011.

3. EA's reply to Plaintiffs' opposition shall be filed on or before August 4, 2011.

4. The hearing on EA's motions shall be heard on August 25, 2011, or as soon as

1

[PROPOSED] SCHEDULING ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE
CASE NO. 10-CV-3328-RS

555973.01

1 practicable thereafter as the availability of the Court's calendar permits.

2     Both parties agree to the stipulation as indicated by their signatures below.  The parties

3 respectfully request that the Court approve the stipulation.  A form of Proposed Order is filed

4 herewith.

5     R. James Slaughter, the filer of this stipulation, pursuant to General Order No. 45,

6 Electronic Case Filing, Section 10(b), hereby attests that Brian D. Henri concurs in the filing of

7 this stipulation.

9 Dated:  May 17, 2011      KEKER & VAN NEST LLP

By:  /s/ R. James Slaughter
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN
Attorneys for Defendant
ELECTRONIC ARTS INC.

15 Dated:  May 17, 2011      THOMAS WHITELAW & TYLER, LLP

By:  /s/ Brian D. Henri
BRIAN D. HENRI
Attorneys for Plaintiffs MICHAEL
DAVIS, VINCE FERRAGAMO, and
BILLY JOE DUPREE

2

[~~PROPOSED~~] SCHEDULING ORDER RE: BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT
ELECTRONIC ARTS INC.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION TO STRIKE
CASE NO. 10-CV-3328-RS

555973.01

[~~PROPOSED~~] ORDER

The Court, having considered the parties' stipulation and good cause appearing, HEREBY ORDERS as follows:

1. EA will file its motion to dismiss and anti-SLAPP motion to strike on June 9, 2011.

2. Plaintiffs' oppositions to EA's motions shall be filed on or before July 21, 2011.

3. EA's replies to Plaintiffs' oppositions shall be filed on or before August 4, 2011.

4. The hearing on EA's motions shall be heard on August 25, 2011, or as soon as practicable thereafter as the availability of the Court's calendar permits.

**IT IS SO ORDERED**.

Dated:  5/17/11

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA