**\*E-Filed _____\*ND**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>        Defendant._____/ | No. C 10-03328 RS<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On June 16, 2011, at the hearing on plaintiffs' motion to compel responses to discovery, Magistrate Judge Ryu granted in part and denied in part the motion and indicated that her written Order would follow. On June 30, 2011, defendant filed a motion for relief from the non-dispositive pre-trial order. On July 5, 2011, the written Order was issued.

Accordingly, by July 15, 2011, defendant may file a supplemental brief, not to exceed 3 pages, addressing any additional points that may warrant discussion in light of the Magistrate Judge's written Order. By July 29, 2011, plaintiffs may file their response to defendant's objections, not to exceed 8 pages. The matter will thereafter be submitted without oral argument or further briefing unless otherwise ordered.

IT IS SO ORDERED.

Dated: 07/08/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE