United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. DAVIS, et al<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC,<br><br>Defendant. | No. C-10-03328 RS (DMR)<br><br>**ORDER RE PLAINTIFFS' LETTER REQUESTS** |

The Court has reviewed Plaintiffs' July 12, 2011 letter seeking (1) a stay of Defendants' anti-SLAPP motion and motion to dismiss, (2) an order dismissing Defendant's Rule 72 motion as moot, and (3) an order that certain requests for admission be deemed admitted. [Docket No. 75.]

In light of the Stipulation and Order staying the briefing on the motions pending resolution of the discovery disputes [Docket No. 78], the Court denies Plaintiffs' first two requests as moot. The Court declines to exercise its discretion to order that the requests for admission be deemed admitted pursuant to Federal Rule of Civil Procedure 37(b)(2) (sanctions for failure to comply with a court order). Thus, Plaintiffs' third request is also denied.

IT IS SO ORDERED.

Dated: July 14, 2011

_____
DONNA M. RYU
United States Magistrate Judge