UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. DAVIS, et al., | No. C-10-03328 RS (DMR) |
| Plaintiffs, | **NOTICE AND ORDER SETTING HEARING ON JOINT LETTER REGARDING DISCOVERY DISPUTE** |
| v. | |
| ELECTRONIC ARTS INC, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court is in receipt of the parties' joint letter regarding their discovery dispute. [Docket No. 88.] You are hereby notified that a hearing regarding the dispute is set for **November 16, 2011 at 2:00 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars" link on left side, click link to Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

Those persons most familiar with the disputes that are the subject of the joint letter, as well as those persons with authority to resolve the disputes, must be present for the hearing. At the conclusion of the hearing, those persons, along with all other counsel whose presence is necessary to conduct a meaningful meet and confer process, shall be prepared to meet and confer in the

courthouse (at a location to be determined by the court) on the discovery disputes that are the subjects of the joint letter. Counsel shall be prepared to devote the entire day, if necessary, to resolving the disputes.

IT IS SO ORDERED.

Dated: November 9, 2011

DONNA M. RYU
United States Magistrate Judge