*E-Filed 11/22/11*

BRIAN D. HENRI (State Bar No. 200205)
bhenri@twtlaw.com
MATTHEW W. MESKELL (State Bar No. 208263)
mmeskell@twtlaw.com
W. PAUL SCHUCK (State Bar No. 203717)
pschuck@twtlaw.com
**THOMAS WHITELAW LLP**
Three Embarcadero Center, Suite 1350
San Francisco, California  94111-4037
Telephone:     (415) 820-0400
Facsimile:      (415) 820-0405

JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
MICHAEL I. KATZ (State Bar No. 181728)
mkatz@twtlaw.com
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California  92612
Telephone:     (949) 679-6400
Facsimile:      (949) 679-6405

AUSTIN TIGHE *(admitted pro hac vice)*
austin@feazell-tighe.com
**FEAZELL & TIGHE LLP**
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas  78730
Telephone:     (512) 372-8100
Facsimile:      (512) 372-8140

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | CASE NO. 10-cv-3328 RS (DMR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT ELECTRONIC ARTS INC.'S MOTION TO STRIKE PURSUANT TO C.C.P. § 425.16 AND MOTION TO DISMISS** |

128794

Case No. CV-10-3328 RS (DMR)
STIPULATION & [PROPOSED] ORDER RE BRIEFING SCHEDULE ON
EA'S MOTION TO STRIKE & MOTION TO DISMISS

1    Pursuant to Civil Local Rule 6-2, the parties hereby submit this Stipulated Request for an

2    Order regarding the briefing schedule and the hearing date on defendant Electronic Arts Inc.'s

3    ("EA") Motion to Strike Pursuant to C.C.P. § 425.16 (Docket No. 62) ("Anti-SLAPP motion")

4    and EA's Motion to Dismiss (Docket No. 63) (collectively, "EA's Motions").

5    WHEREAS, on January 6, 2011, EA filed its original motion to dismiss and motion strike

6    (Docket No. 20), which was set for hearing February 24, 2011, and re-filed the motions on June 9,

7    2011 (Doc. Nos. 62 and 63);

8    WHEREAS, on February 1, 2011, plaintiffs Michael E. Davis, Vince Ferragamo, and Billy

9    Joe Dupree (collectively "Plaintiffs") served written discovery on EA;

10   WHEREAS, the parties have had disputes regarding discovery for EA's Motions, and the

11   briefing and hearing have been postponed on several occasions to permit resolution of discovery

12   disputes (*See, e.g.,* Docket Nos. 35, 57, & 78);

13   WHEREAS, at the Further Case Management Conference on October 27, 2011, the Court

14   set the hearing on EA's Motions for December 15, 2011 to allow the parties to address further

15   discovery issues with Magistrate Judge Ryu (*see* Docket No. 87), which would have made

16   Plaintiffs' opposition briefs due November 28 and EA's reply briefs due December 5;

17   WHEREAS, after a discovery hearing before Magistrate Judge Ryu on November 16, the

18   Court issued an Order requiring EA to produce further discovery (Docket No. 92);

19   WHEREAS, EA expects that it will complete production of the discovery by December 8,

20   2011, which therefore will require an adjustment to the briefing and hearing schedule in order to

21   provide Plaintiffs adequate time to review and consider EA's supplemental discovery responses;

22   WHEREAS, under the Civil Local Rules, Plaintiffs are entitled to file two 25-page

23   oppositions (one for each motion) totaling 50 pages, and EA is entitled to file two 15-page replies;

24   WHEREAS, the Plaintiffs believe that the issues of EA's Motions can be addressed more

25   efficiently with a single, 35-page opposition and a single, 20-page reply, and EA does not oppose

26   Plaintiffs' request;

27   THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and

28

128794                                       1                          Case No. CV-10-3328 RS (DMR)
STIPULATION & [PROPOSED] ORDER RE BRIEFING SCHEDULE ON
EA'S MOTION TO STRIKE & MOTION TO DISMISS

respectfully request as follows:

**STIPULATION**

1. The briefing schedule on EA's Anti-SLAPP Motion and Motion to Dismiss (Docket Nos. 62 & 63), which were filed June 9, 2011, shall be as follows:

    i) Plaintiffs opposition shall be filed no later than January 5, 2012;

    ii) EA's reply brief shall be filed no later than January 19, 2012; and

    iii) The hearing on the EA's Anti-SLAPP Motion and Motion to Dismiss shall be on January 26, 2012, at 1:30 p.m., or as soon thereafter as is practical for the Court.

2. Plaintiffs shall submit a single opposition to both the Anti-SLAPP Motion and Motion to Dismiss of no more than 35 pages. EA shall submit a single reply brief of no more than 20 pages.

Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation. A proposed Order is filed herewith.

Dated: November 21, 2011            THOMAS WHITELAW LLP

By:   /s/ Brian D. Henri
BRIAN D. HENRI
Attorneys for Plaintiffs MICHAEL DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE

Dated: November 21, 2011            KEKER & VAN NEST LLP

By:   /s/ R. James Slaughter
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN
Attorneys for Defendant
ELECTRONIC ARTS INC.

Pursuant to General Order No. 45, Section 10(b), the efiler of this stipulation, hereby attests that R. James Slaughter concurs in the efiling of this stipulation.

# [~~PROPOSED~~] ORDER

The Court, having considered the above joint request and good cause appearing therefore, HEREBY ORDERS as follows:

The following schedule shall apply to EA's pending Anti-SLAPP Motion and Motion to Dismiss (Docket Nos. 62 & 63):

    iv)    Plaintiffs opposition shall be filed no later than January 5, 2012;

    v)    EA's reply brief shall be filed no later than January 19, 2012; and

    vi)    The hearing on the EA's Anti-SLAPP Motion and Motion to Dismiss shall be on January 26, 2012, at 1:30 p.m.

Plaintiffs shall submit a single opposition to both the Anti-SLAPP Motion and Motion to Dismiss of no more than 35 pages. EA shall submit a single reply brief of no more than 20 pages.

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:  11/22  , 2011

_____
THE HONORABLE RICHARD SEEBORG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA