KEKER & VAN NEST LLP
ROBERT A. VAN NEST, #84065
rvannest@kvn.com
STEVEN A. HIRSCH, #171825
shirsch@kvn.com
R. JAMES SLAUGHTER, #192813
rslaughter@kvn.com
R. ADAM LAURIDSEN, #243780
alauridsen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>        Defendant. | Case No. 10-CV-3328-RS (DMR)<br><br>**ELECTRONIC ARTS INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

ELECTRONIC ARTS INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
Case No. 10-CV-3328-RS (DMR)

643442

Notice is hereby given that Electronic Arts Inc., defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the district court's "Order Denying Defendant's Motions to Dismiss and to Strike Under CCP § 425.16" (Docket No. 110) entered in this action on the 29th day of March, 2012.

Dated:  April 2, 2012

Respectfully submitted,

KEKER & VAN NEST LLP

By:  s/Steven A. Hirsch
ROBERT A. VAN NEST
STEVEN A. HIRSCH
R. JAMES SLAUGHTER
R. ADAM LAURIDSEN

Attorneys for Defendant
ELECTRONIC ARTS INC.

1
ELECTRONIC ARTS INC.'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
Case No. 10-CV-3328-RS (DMR)

643442