1  BRIAN D. HENRI (State Bar No. 200205)
   *bhenri@twtlaw.com*
2  MATTHEW W. MESKELL (State Bar No. 208263)
   *mmeskell@twtlaw.com*
3  W. PAUL SCHUCK (State Bar No. 203717)
   *pschuck@twtlaw.com*
4  **THOMAS WHITELAW LLP**
   Three Embarcadero Center, Suite 1350
5  San Francisco, California  94111-4037
   Telephone:     (415) 820-0400
6  Facsimile:     (415) 820-0405

7  JOSEPH E. THOMAS (State Bar No. 101443)
   *jthomas@twtlaw.com*
8  MICHAEL I. KATZ (State Bar No. 181728)
   *mkatz@twtlaw.com*
9  **THOMAS WHITELAW LLP**
   18101 Von Karman Avenue, Suite 230
10 Irvine, California  92612
   Telephone:     (949) 679-6400
11 Facsimile:     (949) 679-6405

12 AUSTIN TIGHE *(admitted pro hac vice)*
   *austin@feazell-tighe.com*
13 **FEAZELL & TIGHE LLP**
   6618 Sitio Del Rio Boulevard
14 Building C-101
   Austin, Texas  78730
15 Telephone:     (512) 372-8100
   Facsimile:     (512) 372-8140
16
   Attorneys for Plaintiffs
17
                  UNITED STATES DISTRICT COURT
18
                 NORTHERN DISTRICT OF CALIFORNIA
19
                     SAN FRANCISCO DIVISION
20

21 MICHAEL E. DAVIS, aka TONY DAVIS,          CASE No. 10-cv-3328 RS (DMR)
   VINCE FERRAGAMO, and BILLY JOE
22 DUPREE, on behalf of themselves and all    **[~~PROPOSED~~] ORDER GRANTING**
   others similarly situated,                 **WITHDRAWAL OF MATTHEW W.**
23                                            **MESKELL AS COUNSEL OF RECORD**
                  Plaintiffs,
24
          vs.
25
   ELECTRONIC ARTS INC.,
26
                  Defendant.
27

28

────────────────────────────────────────────

        [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF MATTHEW W. MESKELL
                      Case No. CV-10-3328 RS (DMR)

1    The Court approves the withdrawal of Matthew W. Meskell as counsel of record and IT IS

2  SO ORDERED.

3

4  DATED: 4/25/12 _____            _____
                                      THE HONORABLE RICHARD SEEBORG
5
                                      UNITED STATES DISTRICT COURT
6                                     NOTHERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28