NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL E. DAVIS, AKA Tony Davis; VINCE FERRAGAMO; BILLY JOE DUPREE; SAMUEL MICHAEL KELLER, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> Defendant - Appellant. | No. 12-15737 <br><br> D.C. No. 3:10-cv-03328-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: REINHARDT, FISHER and BERZON, Circuit Judges.

Oral argument, scheduled to be heard at 9:30 a.m. on Thursday, September 11, 2014, in San Francisco, California, shall be limited to ten (10) minutes per side.