UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. DAVIS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELECTRONIC ARTS INC.,<br><br>　　　　Defendant. | Case No. 10-cv-03328-RS   (DMR)<br><br>**ORDER VACATING DISCOVERY HEARING**<br><br>Dkt. No. 150 |

The court has received the parties' September 15, 2015 joint discovery letter. [Docket No. 150.] Having reviewed the letter, the court finds that there are no live discovery disputes to be resolved at this time. Accordingly, the October 8, 2015 hearing is VACATED. Any future discovery disputes shall be addressed to the undersigned in accordance with the court's Standing Order.

**IT IS SO ORDERED.**

Dated: September 18, 2015



Donna M. Ryu
United States Magistrate Judge