| | |
|---|---|
| BRIAN D. HENRI (State Bar No. 200205)<br>*brianhenri@henrilg.com*<br>**HENRI LAW GROUP**<br>640 W. California Ave, Suite 210<br>Sunnyvale, California  94806<br>Telephone:     (650) 614-5807<br>Facsimile:      (650) 618-1937<br><br>AUSTIN TIGHE *(admitted pro hac vice)*<br>*austin@feazell-tighe.com*<br>**FEAZELL & TIGHE LLP**<br>6618 Sitio Del Rio Boulevard<br>Building C-101<br>Austin, Texas  78730<br>Telephone:     (512) 372-8100<br>Facsimile:      (512) 372-8140<br><br>Attorneys for Plaintiffs | KEKER & VAN NEST LLP<br>ROBERT A. VAN NEST - #84065<br>rvannest@kvn.com<br>R. JAMES SLAUGHTER - #192813<br>rslaughter@kvn.com<br>R. ADAM LAURIDSEN - #243780<br>alauridsen@kvn.com<br>NICHOLAS D. MARAIS - #277846<br>nmarais@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188<br><br>Attorneys for Defendant<br>ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>ELECTRONIC ARTS INC.,<br><br>               Defendant. | Case No. 10-CV-3328-RS (DMR)<br>ORDER<br>**STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br>AS MODIFIED BY THE COURT<br>Judge:      Hon. Richard Seeborg<br><br>Date Filed: July 29, 2010<br><br>Trial Date: None set |

Pursuant to the Court's request at the October 1 Case Management Conference, the parties have met and conferred about a class certification briefing schedule and hearing date and propose the following schedule[1]:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification due by | March 28, 2016 |
| Defendant's opposition to Motion for Class Certification due by | May 13, 2016 |
| Plaintiffs' reply to Motion for Class Certification, if any, due by | June 10, 2016 |
| **HEARING** | June 30 ~~June 28~~, 2016 at 1:30 p.m. |

Dated:  October 9, 2015                                   HENRI LAW GROUP

                                            By:   */s/ Brian D. Henri*
                                                  BRIAN D. HENRI

                                                  Attorneys for Plaintiffs


Dated:  October 9, 2015                                   KEKER & VAN NEST LLP

                                            By:   */s/ R. James Slaughter*
                                                  ROBERT A. VAN NEST
                                                  R. JAMES SLAUGHTER
                                                  R. ADAM LAURIDSEN
                                                  NICHOLAS D. MARAIS

                                                  Attorneys for Defendant
                                                  ELECTRONIC ARTS INC.

---

[1] The hearing date proposed by the parties is further out than either would prefer but is necessitated by counsels' current trial schedules (counsel for Plaintiffs currently has a three-week trial set April 11, 2016 in Los Angeles and counsel for Defendant currently has a two-week trial set for April 18, 2016 in San Francisco).  In addition, counsel for EA has a two-week family vacation scheduled in mid-June.  Should one or both of those trials clear, the parties will meet and confer about an alternative briefing schedule and hearing date.

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, R. James Slaughter, am the ECF user whose ID and password are being used to file this Joint Stipulation Regarding Class Certification Briefing Schedule and Hearing.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

*/s/ R. James Slaughter*
R. James Slaughter

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Stipulation Regarding Class Certification Briefing Schedule and Hearing, and good cause appearing,

**IT IS SO ORDERED.**

Dated: 10/19/15

_____
HON. RICHARD SEEBORG