BRIAN D. HENRI (State Bar No. 200205)
*brianhenri@henrilg.com*
**HENRI LAW GROUP**
640 W. California Ave, Suite 210
Sunnyvale, California  94806
Telephone:     (650) 614-5807
Facsimile:      (650) 618-1937

AUSTIN TIGHE *(admitted pro hac vice)*
*austin@feazell-tighe.com*
**FEAZELL & TIGHE LLP**
6618 Sitio Del Rio Boulevard
Building C-101
Austin, Texas  78730
Telephone:     (512) 372-8100
Facsimile:      (512) 372-8140

Attorneys for Plaintiffs

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - #84065
rvannest@kvn.com
R. JAMES SLAUGHTER - #192813
rslaughter@kvn.com
R. ADAM LAURIDSEN - #243780
alauridsen@kvn.com
NICHOLAS D. MARAIS - #277846
nmarais@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 10-CV-3328-RS (DMR)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE AND HEARING DATE**<br><br>Judge:        Hon. Richard Seeborg<br><br>Date Filed:  July 29, 2010<br><br>Trial Date:  None set |

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING
SCHEDULE AND HEARING DATE
Case No. 10-CV-3328-RS (DMR)

1046925

WHEREAS, the parties previously agreed to, and this Court previously entered, a class certification briefing schedule and hearing date, Dkts. 155–56;

WHEREAS, Plaintiffs subsequently requested a continuance of that schedule, *see, e.g.*, Dkt. 167;

WHEREAS, the Court vacated the original schedule and ordered the parties to "meet and confer and jointly submit a proposed new briefing schedule and hearing date that extends the time by approximately 90 days…," Dkt. 169;

NOW, THEREFORE, the parties hereby stipulate to and propose the following schedule:

| | |
|---|---|
| Plaintiffs' Motion for Class Certification due by | July 5, 2016 |
| Defendant's opposition to Motion for Class Certification due by | Aug. 12, 2016 |
| Plaintiffs' reply to Motion for Class Certification, if any, due by | Sept. 2, 2016 |
| **HEARING** | **Sept. 22, 2016 at 1:30 p.m.** |

Dated:  May 11, 2016                          HENRI LAW GROUP


By:   */s/ Brian D. Henri*
         BRIAN D. HENRI

Attorneys for Plaintiffs


Dated:  May 11, 2016                          KEKER & VAN NEST LLP


By:   */s/ Nicholas D. Marais*
         ROBERT A. VAN NEST
         R. JAMES SLAUGHTER
         R. ADAM LAURIDSEN
         NICHOLAS D. MARAIS

Attorneys for Defendant
ELECTRONIC ARTS INC.

1
STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING
SCHEDULE AND HEARING DATE
Case No. 10-CV-3328-RS (DMR)

1046925

1

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

2

I, Nicholas D. Marais, am the ECF user whose ID and password are being used to file this

3

Joint Stipulation Regarding Class Certification Briefing Schedule and Hearing.  In compliance

4

with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each

5

signatory to this document.

6

*/s/ Nicholas D. Marais*

7

Nicholas D. Marais

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1046925

1

**[~~PROPOSED~~] ORDER**

2        Pursuant to the foregoing Joint Stipulation Regarding Class Certification Briefing

3    Schedule and Hearing, and good cause appearing,

4        **IT IS SO ORDERED.**

5

6    Dated:  5/11/16

HON. RICHARD SEEBORG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1046925