1 BRIAN D. HENRI (State Bar No. 200205)
  brianhenri@henrilg.com
2 **HENRI LAW GROUP**
  640 W. California Ave, Suite 210
3 Sunnyvale, California 94806
  Telephone:    (650) 614-5807
4 Facsimile:    (650) 618-1937

5 AUSTIN TIGHE *(admitted pro hac vice)*
  austin@feazell-tighe.com
6 **FEAZELL & TIGHE LLP**
  6618 Sitio Del Rio Boulevard
7 Building C-101
  Austin, Texas  78730
8 Telephone:    (512) 372-8100
  Facsimile:    (512) 372-8140
9
  Attorneys for Plaintiffs
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 MICHAEL E. DAVIS, aka TONY DAVIS,      CASE NO. 10-cv-3328 RS
   VINCE FERRAGAMO, and BILLY JOE
15 DUPREE, on behalf of themselves and all  **STIPULATION AND [~~PROPOSED~~]
   others similarly situated,             ORDER RE CONTINUANCE OF CASE
16                                         MANAGEMENT CONFERENCE AND
                                           BRIEFING SCHEDULE AND HEARING
17          Plaintiffs,                    DATE FOR ELECTRONIC ARTS INC.'S
                                           MOTION FOR PARTIAL SUMMARY
17          vs.                            JUDGMENT**

18 ELECTRONIC ARTS, INC.,

19          Defendant.

20

21

22

23

24

25

26

27

28

106346

1   Pursuant to Local Rule 6-2 the parties hereby submit this stipulated request for an Order

2   regarding the Case Management Conference, and the briefing and hearing schedule on defendant

3   Electronic Arts Inc.'s ("EA") Motion for Partial Summary Judgment ("MSJ") (Dkt. 205).

4

5   WHEREAS, on February 2, 2017 this Court issued an Order setting a Case Management

6   Conference in this case for March 2, 2017 (Dkt. 204 p. 8).

7   WHEREAS, EA filed its MSJ on February 15, 2017, so that Plaintiffs' opposition to that

8   motion is currently due on March 1, 2017, EA's reply brief is due March 8, 2017, and the hearing

9   is currently scheduled for March 23, 2017 at 2:30 p.m.. (Dkt. 206).

10   WHEREAS, Plaintiffs lead counsel is scheduled to undergo surgery on February 24, 2017,

11   and has been advised he will be unable to work for a week thereafter including March 2, 2017.

12   THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and

13   respectfully request as follows:

14   **STIPULATION**

15   1.   The Case Management Conference be continued for one week to March 9, 2017 at

16   10:00 a.m.

17   2.   The briefing schedule on EA's MSJ shall be continued for one week so that Plaintiffs'

18   opposition is due March 8, 2017, and EA's reply brief is due March 15, 2017.

19   3.   The hearing on EA's MSJ shall be continued to April 6, 2017 at 1:30 P.M.

20   Both parties agree to the stipulation as indicated by their signatures below.  The parties

21   respectfully request that the Court approve the stipulation.  A proposed Order is filed herewith.

22

23   Dated: February 23, 2017                    HENRI LAW GROUP

24

25                                              __/s/ Brian D. Henri_____
                                                BRIAN D. HENRI
26                                              Attorneys for Plaintiffs MICHAEL
                                                E. DAVIS, VINCE FERRAGAMO, and
27                                              BILLY JOE DUPREE

28

1

2   Dated: February 23, 2017                    KEKER & VAN NEST LLP

3

4                                                 /s/ R. James Slaughter

5                                               R. JAMES SLAUGHTER
                                                Attorneys for Defendant
6                                               ELECTRONIC ARTS INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF BRIAN D. HENRI

2    I, BRIAN D. HENRI, declare:

3    1.   I am an attorney licensed to practice law in the State of California, and am admitted to

4    the Northern District of California, and am the founder of the Henri Law Group, lead counsel for

5    Plaintiffs Michael E. Davis, Vince Ferragamo, and Billy Joe DuPree in this action.  I make this

6    declaration pursuant to Local Rule 6-2(a).  The facts stated herein are true of my own knowledge

7    unless otherwise stated, and if called upon, I could and would competently testify thereto.

8    2.   The reason to continue the Case Management Conference and the hearing and briefing

9    schedule on defendant Electronic Arts Inc.'s motion for partial summary judgment, is that I am

10    scheduled to undergo surgery on February 24, 2017.  Furthermore, I have been informed that I will

11    be unable to work for a one-week following the surgery.

12    3.   No previous modifications to the above-mentioned dates have requested and the

13    requested continuances do not impact the schedule for the case.

14    I declare under the penalty of perjury under the laws of the United States of America that

15    the foregoing is true and correct.  Executed this 23nd day of February, at Los Altos, California.

16

17

18                                              /s/ Brian D. Henri
                                               BRIAN D. HENRI
19

20

21

22

23

24

25

26

27

28

1       [PROPOSED] ORDER

2           The Court, having considered the above joint request and good cause appearing therefore,

3   HEREBY ORDERS as follows:

4           1.  The Case Management Conference scheduled for March 2, 2017 at 10:00 is hereby

5               continued to March 9, 2017 at 10:00 a.m.

6           2.  The hearing on EA's Motion for Partial Summary Judgment is continued from March

7               23, 2017 to April 6, 2017 at 1:30 p.m.  The following schedule shall apply to EA's

8               motion:

9           a.  Plaintiffs' opposition shall be filed no later than March 8, 2017.

10          b.  EA's reply brief shall be filed no later than March 15, 2017.

11          PURSUANT TO PARTIES STIPULATION, IT IS SO ORDERED.

12

13  Dated:  2/24        , 2017

14

15

16      _____

17      THE HONORABLE RICHARD SEEBORG
        UNITED STATES DISTRICT COURT
18      NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
Case No. CV-10-3328 RS