1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10    MICHAEL E. DAVIS, et al.,              Case No.  10-cv-03328-RS

11                Plaintiffs,

12          v.                               **ORDER GRANTING MOTION FOR
                                             LEAVE TO AMEND**
13    ELECTRONIC ARTS INC.,

14                Defendant.

15

16          Pursuant to Civil Local Rule 7-1(b), plaintiffs' motion for leave to amend has been

17    submitted without oral argument.  In light of the liberal policy favoring amendment, and given no

18    showing of prejudice or undue delay to an extent that would warrant denial, the motion will be

19    granted.  Nothing in this order, however, or in the filing of the amended complaint, shall serve to

20    revive the statutory claims as to which partial summary judgment in favor of defendant has been

21    granted.  Nor does this order preclude defendant from moving to dismiss or strike portions of the

22    amended pleading, although it presently appears likely that defendant's contentions regarding the

23    alleged class definitions could be more efficiently addressed in any renewed motion for class

24    certification, rather than through a motion to strike.  Discovery will not be reopened absent a

25    specific and compelling showing, made by noticed motion, that any of the amendments warrant

26    further discovery.

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

**IT IS SO ORDERED**.

Dated:  August 4, 2017

_____
RICHARD SEEBORG
United States District Judge