UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E. DAVIS, et al.,

    Plaintiffs,

v.

ELECTRONIC ARTS INC.,

    Defendant.

Case No. 10-cv-03328-RS (DMR)

**ORDER RE SEPTEMBER 14, 2017 HEARING ON JOINT DISCOVERY LETTERS**

TO ALL PARTIES AND COUNSEL OF RECORD:

A hearing is set before the undersigned on the parties' joint discovery letters filed at Docket Nos. 256, 258, 261, and 262 on September 14, 2017 at 11:00 a.m. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars – Judges' Weekly Calendars" link, then select Judge Ryu's calendar). Following the hearing, counsel shall meet and confer in the courthouse regarding their discovery disputes and shall be prepared to devote the entire day, if necessary, to resolving the disputes.

**IT IS SO ORDERED**.

Dated: September 8, 2017



DONNA M. RYU
United States Magistrate Judge