1  BRIAN D. HENRI (State Bar No. 200205)
   brianhenri@henrilg.com
2  **HENRI LAW GROUP**
   640 W. California Ave, Suite 210
3  Sunnyvale, California 94806
   Telephone:    (650) 614-5807
4  Facsimile:    (650) 618-1937

5  AUSTIN TIGHE *(admitted pro hac vice)*
   austin@feazell-tighe.com
6  **FEAZELL & TIGHE LLP**
   6618 Sitio Del Rio Boulevard
7  Building C-101
   Austin, Texas 78730
8  Telephone:    (512) 372-8100
   Facsimile:    (512) 372-8140

9  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ELECTRONIC ARTS, INC.,<br><br>  Defendant. | CASE NO. 10-cv-3328 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EA'S MOTION FOR SUMMARY JUDGMENT** |

106346

1     Pursuant to Local Rule 6-2, the parties hereby submit this stipulated request for an Order continuing the hearing date and setting the briefing schedule on Plaintiffs Michael E. Davis's, Vince Ferragamo's, and Billy Joe Dupree's ("Plaintiffs") Motion for Class Certification (Dkt. No. 332) and defendant Electronic Arts Inc.'s ("EA") Motion for Summary Judgment ("MSJ") (Dkt. 345).

    WHEREAS, on January 26, 2018 Plaintiffs filed a motion to certify the class. (Dkt. No. 332).

    WHEREAS, on February 9, 2018, this Court issued an Order directing the parties to "negotiate a mutually-agreeable schedule for briefing the summary judgment motion and motion for class certification, with condition that all briefing be completed no later than two weeks prior to the hearing. (Dkt. No. 342).

    WHEREAS, on February 16, 2018, EA filed its motion for Summary Judgement and noticed the motion for hearing on April 19, 2018. (Dkt. No. 345).

    WHEREAS, on February 28, 2018, this Court issued an Order continuing the hearing on Plaintiffs' motion to certify the Class to April 19, 2018. (Dkt. No. 347).

    WHEREAS, the parties have met and conferred and negotiated a briefing schedule and confirmed the Court's availability for hearing Plaintiffs' motion to certify the class and EA's motion for summary judgment on April 26, 2018, at 1:30 p.m.

    THEREFORE, the parties, by and through their undersigned counsel, hereby stipulate and respectfully request as follows:

## STIPULATION

1. The hearings on Plaintiffs' motion to certify the class and EA's motion for summary judgment be continued for one week to April 26, 2018, at 1:30 p.m.

2. Plaintiffs' Opposition to EA's motion for summary judgment is due March 29, 2018.

3. The reply briefs on Plaintiffs' motion to certify the class and EA's motion for summary judgment are due on April 12, 2018.

Both parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation. A proposed Order is filed herewith.

Dated: March 19, 2018                                    HENRI LAW GROUP

    /s/ Brian D. Henri
BRIAN D. HENRI
Attorneys for Plaintiffs MICHAEL
E. DAVIS, VINCE FERRAGAMO, and
BILLY JOE DUPREE

Dated: March 19, 2018                                    KEKER, VAN NEST, & PETERS, LLP

    /s/ R. James Slaughter
R. JAMES SLAUGHTER
Attorneys for Defendant
ELECTRONIC ARTS INC.

**[PROPOSED] ORDER**

The Court, having considered the above joint request and good cause appearing therefore, HEREBY ORDERS as follows:

1. The hearings on Plaintiffs' motion to certify the class and EA's motion for summary judgment scheduled for April 19, 2018, at 1:30 p.m. are hereby continued to April 26, 2018 at 1:30 p.m.

2. The parties negotiated briefing schedule is approved. Plaintiffs' opposition to EA's motion for summary judgment is due March 29, 2018. The reply briefs on Plaintiffs' motion to certify the class and EA's motion for summary judgment shall be filed no later than April 12, 2018.

PURSUANT TO PARTIES STIPULATION, IT IS SO ORDERED.

Dated: 3/19 , 2018

_____
THE HONORABLE RISHARD SEEBORG
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA