FILED

DEC 21 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL E. DAVIS; et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> ELECTRONIC ARTS, INC., <br><br> Defendant-Respondent. | No.   18-80121 <br><br> D.C. No. 3:10-cv-03328-RS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: LEAVY and HURWITZ, Circuit Judges.

Petitioners' opposed motion for leave to file a reply in support of the petition (Docket Entry No. 6-2) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's August 17, 2018 order denying class action certification and September 5, 2018 order denying leave to seek reconsideration. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

The motion to transmit a physical exhibit (Docket Entry No. 3) is denied as moot.

The motion to maintain documents under seal will be addressed by separate order.

AC/MOATT