| | |
|---|---|
| BRIAN D. HENRI (State Bar No. 200205)<br>brianhenri@henrilg.com<br>**HENRI LAW GROUP**<br>640 W. California Ave, Suite 210<br>Sunnyvale, California 94806<br>Telephone: (650) 614-5807<br>Facsimile: (650) 618-1937<br><br>AUSTIN TIGHE *(admitted pro hac vice)*<br>austin@feazell-tighe.com<br>**FEAZELL & TIGHE LLP**<br>6618 Sitio Del Rio Boulevard<br>Building C-101<br>Austin, Texas 78730<br>Telephone: 512 372 8100<br>Facsimile: 512 372 8140<br><br>Attorneys for Plaintiffs | KEKER, VAN NEST & PETERS LLP<br>R. JAMES SLAUGHTER - # 192813<br>rslaughter@keker.com<br>R. ADAM LAURIDSEN - # 243780<br>alauridsen@keker.com<br>NICHOLAS D. MARAIS - # 277846<br>nmarais@keker.com<br>CHESSIE THACHER - # 296767<br>cthacher@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone: 415 391 5400<br>Facsimile: 415 397 7188<br><br>Attorneys for Defendant<br>ELECTRONIC ARTS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL E. DAVIS, aka TONY DAVIS, VINCE FERRAGAMO, and BILLY JOE DUPREE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>ELECTRONIC ARTS INC.,<br><br>      Defendant. | Case No. 3:10-cv-3328-RS (DMR)<br><br>**JOINT STIPULATION OF DISMISSAL; AND ORDER**<br><br>Judge:    Hon. Donna M. Ryu<br><br>Date Filed: July 29, 2010<br><br>Trial Date: September 30, 2019 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Michael E. Davis (aka Tony Davis), Vince Ferragamo, and Billy Joe DuPree (collectively, the "Plaintiffs"), and Defendant Electronic Arts Inc. ("EA") hereby stipulate as follows:

1. Plaintiffs and EA have entered into a confidential non-class settlement agreement.

2. Plaintiffs agree to voluntarily dismiss <u>with prejudice</u> all of the individual claims they brought in the operative Second Amended Complaint, Dkt. 231-1.

3. The parties agree to the voluntary dismissal without prejudice to all purported class claims against EA.

4. The dismissal is without an award of costs, expenses, and attorneys' fees as to any party, and each party shall bear its own costs, expenses, and attorneys' fees.

5. The Honorable Richard Seeborg shall retain jurisdiction to enforce the settlement agreement, if necessary.

Dated: May 2, 2019                                HENRI LAW GROUP

                                       By:   */s/ Brian D. Henri*
                                             BRIAN D. HENRI

                                             Attorneys for Plaintiffs


Dated: May 2, 2019                                KEKER, VAN NEST & PETERS LLP

                                       By:   */s/ R. James Slaughter*
                                             R. JAMES SLAUGHTER
                                             R. ADAM LAURIDSEN
                                             NICHOLAS D. MARAIS
                                             CHESSIE THACHER

                                             Attorneys for Defendant
                                             ELECTRONIC ARTS INC.

# ORDER

The parties have stipulated to dismiss the action as to the individual claims of plaintiffs Michel E. Davis, Vince Ferragamo, and Billy Joe DuPree with prejudice, and with each party bearing their own fees and costs. The stipulation of dismissal does not impact the rights of the class that may proceed in a different action.

Federal Rules of Civil Procedure 41 permits plaintiffs to dismiss an action without a court order "by filing …a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation, it automatically terminate[d] the action." *Wilson v. City of San Jose,* 111 F. 3d 688, 692 (9th Cir. 1997). Accordingly, the Court of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated  May 7, 2019

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, Brian Henri, am the ECF user whose ID and password are being used to file this Joint Stipulation of Dismissal. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

*/s/ Brian Henri*
Brian Henri